LEAH FRUCHTBAUM, Appellant, v. STANDARD OIL COMPANY OF NEW YORK and CORNELIUS J. MCMONAGLE, Respondents. JOSEPH FORTE, Defendant.— Orders granting motions of defendants Standard Oil Company of New York and Cornelius J. McMonagle for a change of venue from Kings county to Saratoga county reversed upon the law and the facts, with ten dollars costs and disbursements, and motions denied, with ten dollars costs. In our opinion, the facts

presented in support of these motions are not sufficient to justify the orders made. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.